**Order entered December 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00213-CR**
**No. 05-22-00218-CR**

**LYLE JEFFREY SCHOEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-83253-2020 & 219-83254-2020**

**ORDER**

Before the Court is the State's December 15, 2022 motion for extension of time to file the State's tendered brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE